jurisdiction noted, cases consolidated, and a total of one hour allotted for oral argument.

No. 85–1736. JERSEY SHORE STATE BANK *v.* UNITED STATES. C. A. 3d Cir. Certiorari granted.

No. 85–184. STRINGFELLOW ET AL. *v.* CONCERNED NEIGHBORS IN ACTION ET AL. C. A. 9th Cir. Certiorari granted limited to Question 1 presented by the petition.

No. 85–1222. INTERSTATE COMMERCE COMMISSION *v.* TEXAS ET AL.; and

No. 85–1267. MISSOURI-KANSAS-TEXAS RAILROAD CO. ET AL. *v.* TEXAS ET AL. C. A. 5th Cir. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument.

No. 85–1239. AMOCO PRODUCTION CO. ET AL. *v.* VILLAGE OF GAMBELL ET AL.; and

No. 85–1406. HODEL, SECRETARY OF THE INTERIOR, ET AL. *v.* VILLAGE OF GAMBELL ET AL. C. A. 9th Cir. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument.

No. 85–1563. CALIFORNIA *v.* BROWN. Sup. Ct. Cal. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted limited to Question 1 presented by the petition.

No. 85–5221. GRIFFITH *v.* KENTUCKY. Sup. Ct. Ky. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari is granted limited to the following question: "In cases pending on direct appeal, should the holding in *Batson* v. *Kentucky, ante,* p. 79, be given retroactive effect?" Case is set for oral argument in tandem with No. 85–5731, *Brown* v. *United States,* immediately *infra.*

No. 85–5731. BROWN *v.* UNITED STATES. C. A. 10th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari is granted limited to the following question: "In cases pending on direct appeal, should the holding in *Batson* v. *Kentucky, ante,* p. 79, be given retroactive effect?" Case is set

1158

for oral argument in tandem with No. 85–5221, *Griffith* v. *Kentucky*, immediately *supra*.

No. 85–112.   LITTLE CROW MILLING CO., INC., ET AL. *v.* BALTIMORE & OHIO RAILROAD ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 85–1229.   RUSSELL ET AL. *v.* DEPARTMENT OF TRANSPORTATION, FEDERAL AVIATION ADMINISTRATION.   C. A. Fed. Cir.   Certiorari denied.

No. 85–1279.   UNITED NUCLEAR CORP. ET AL. *v.* THOMAS, ADMINISTRATOR, ENVIRONMENTAL PROTECTION AGENCY, ET AL. (two cases);

No. 85–1280.   AMERICAN MINING CONGRESS *v.* THOMAS, ADMINISTRATOR, ENVIRONMENTAL PROTECTION AGENCY, ET AL. (two cases); and

No. 85–6404.   KEPFORD *v.* THOMAS, ADMINISTRATOR, ENVIRONMENTAL PROTECTION AGENCY, ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 85–1291.   LEVINE ET AL. *v.* UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA (UNITED STATES, REAL PARTY IN INTEREST).   C. A. 9th Cir.   Certiorari denied.

No. 85–1339.   COHEN ET AL. *v.* NEW MEXICO.   Sup. Ct. N. M.   Certiorari denied.

No. 85–1386.   HOLLOWAY *v.* UNITED STATES; and

No. 85–1391.   SULLIVAN *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 85–1410.   MALONE & HYDE, INC. *v.* TANDY CORP.   C. A. 6th Cir.   Certiorari denied.

No. 85–1431.   BOLTON ET AL., DBA PRYOR & GLEN COAL CO. *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 85–1486.   LOCAL 32, INTERNATIONAL LONGSHOREMEN'S & WAREHOUSEMEN'S UNION *v.* PACIFIC MARITIME ASSN. ET AL.